# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00682-CV

**In re Johnathan Johnson**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Johnathan Johnson filed a pro se petition for writ of habeas corpus complaining of his expected mental-health commitment. However, Johnson has not shown himself entitled to habeas corpus relief because there is no proof that he is being restrained. *See* Tex. R. App. P. 52.3(k)(1)(D). Accordingly, we deny Johnson's petition.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   November 19, 2015